**E-FILED: 9/23/10**

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MORENO, | Case No.: 10-CV-03625-GHK (MAN) |
| Plaintiff, | [~~PROPOSED~~] **JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 68** |
| v. | |
| POTRERO, INC., A California Corporation; TSAY J & R, LLC, A California Limited Liability Company, and DOES 1 through 100, inclusive, | |
| Defendants. | |

On September 3, 2010, defendant Potrero, Inc. served an Offer of Judgment pursuant to Federal Rules of Civil Procedure, Rule 68 on the plaintiff. On September 8, 2010, the plaintiff filed "Plaintiff's Acceptance of the Defendants' Rule 68 Offer." Based on the foregoing, it is **ORDERED**:

**1.** Plaintiff shall have judgment against Defendant POTRERO, INC. in the total amount of five thousand dollars ($5,000);

**2.** Defendant POTRERO, INC. is ordered to (1) insulate the plumbing lines underneath the lavatories, (2) provide an accessible paper towel dispenser, and provide an accessible door for the existing accessible toilet stall at the night club located at 4959 Patata Street, Cudahy, California – the work to be done in compliance with the

ADAAG and Title 24 of the California Code of Regulations.

      The court reserves jurisdiction for execution of the terms of the settlement.

      IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Judgment on counsel for all parties.

Dated:  _9/22/10_____          By:_____
                                                      UNITED STATES DISTRICT JUDGE